UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAM KOZAK,<br><br>　　　　Defendant. | CASE NO. MJ23-26<br><br>DETENTION ORDER |

<u>Offenses charged</u>:

1. Conspiracy to Commit Interstate Transportation of Stolen Property

<u>Date of Detention Hearing</u>:　January 20, 2023.

　　　　The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has a lengthy criminal history involving theft and has been removed from the United States numerous times as he is not lawfully in the country. Nevertheless, Defendant returned to the United States each time to commit more crime. He was arrested on the instant offense with large amounts of stolen goods in his possession. He has used numerous aliases in prior court matters. He has active warrants from other jurisdictions.

2. Defendant poses a risk of nonappearance because he is not lawfully present in the United States, because of his failure to abide with Court orders in prior matters, his use of aliases, and the active warrants. He presents a danger to the community because of his repeated criminal conduct.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings, while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending appearance in the Northern District of Texas, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for

the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 20th day of January, 2023.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge